# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br>v.<br><br>MARKEITH D. PHIPPS,<br><br>                                  Defendant. | Case No. 17-CR-28-JPS<br><br>**ORDER** |

On February 14, 2017, the government filed a one-count Indictment against the defendant that included a forfeiture notice as to certain property of the defendant. (Docket #1). On July 3, 2017, the government filed a motion to dismiss property from its forfeiture notice in the Indictment. (Docket #16). The government states that the subject item has been administratively forfeited and therefore judicial forfeiture need no longer be pursued. *Id.* The Court will grant the government's motion.

Accordingly,

**IT IS ORDERED** that the government's motion to dismiss property from its forfeiture notice in the Indictment (Docket #16) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Raven Arms, model P25, .25 caliber pistol bearing serial number 219779 be and the same is hereby **DISMISSED without prejudice** from the forfeiture notice in the Indictment.

Dated at Milwaukee, Wisconsin, this 11th day of July, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge